*723 ON MOTION FOR REHEARING OR CERTIFICATION
PER CURIAM.
We grant appellee’s motion to certify a question of great public importance to the Florida Supreme Court. Accordingly we amend our prior opinion by adding the following thereto:
IS THE WRITTEN DECLARATION FOUND IN SECTION 92.525, FLORIDA STATUTES (1991) AN ACCEPTABLE ALTERNATIVE OATH WHICH MAY BE USED IN A RULE 3.850 MOTION IN PLACE OF THE NOTARY SIGNATURE REQUIREMENT OF RULE 3.987?
COBB, W. SHARP and DIAMANTIS, JJ., concur.